**Order entered April 10, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00468-CV

### IN THE MATTER OF T.P., A Child

### On Appeal from the 305th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. JD-77361-X

## ORDER

The reporter's record is overdue in this appeal. By postcards dated April 17, 2013 and January 21, 2014, we notified the Court Reporter that the reporter's record was overdue. We directed the Court Reporter to file the reporter's record within thirty days. To date, the reporter's record has not been filed and the Court Reporter has not corresponded with the Court regarding the status of the reporter's record.

Accordingly, this Court **ORDERS** Court Reporter Pamela Sumler to file either (1) the reporter's record, or (2) written verification that the reporter's record has not been requested within **TEN DAYS**. We expressly **CAUTION** Pamela Sumler that failure to comply with this order may result in an order that she not sit as a court reporter until she complies.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the following persons:

Honorable Cheryl C. Lee-Shannon
Presiding Judge
305th Judicial District Court

Pamela Sumler
Official Court Reporter
305th Judicial District Court

/s/     CAROLYN WRIGHT
CHIEF JUSTICE